AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

MOSYSTEMS, INC., AND DANIEL MOSER

V.

DARWIN PARTNERS, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04cv10312 PBS**

TO: (Name and address of Defendant)

Darwin Partners, Inc.
c/o Attorney Ellen Majdloch, Nixon Peabody LLP
101 Federal Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Attorney John T. Landry, III
Glynn, Landry, Harrington & Rice, LLP
10 Forbes Road
Braintree, MA 02184-2605

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK   _Pat Rusa_

DATE   2-13-04

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3-4-2004 |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): *Please see attached Acceptance of Service Affidavit*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-5-2004
               Date

Signature of Server

*10 Forbes Road, Braintree, MA 02184*
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOSYSTEMS, INC., and <br> DANIEL MOSER, <br>     Plaintiffs <br><br> V. <br><br> DARWIN PARTNERS, INC., and <br>     Defendant | ) <br> ) <br> ) <br> )   CIVIL ACTION NO. <br> )   04-CV-10312-PBS <br> ) <br> ) <br> ) |

## ACCEPTANCE OF SERVICE

I, Ellen M. Majdloch, counsel of record for the Defendant, Darwin Partners, Inc., in the above-captioned matter, aver that I have been duly authorized by my client, the Defendant, Darwin Partners, Inc., to accept service of the Summons and the Complaint of the Plaintiffs, Mosystems, Inc. and Daniel Moser, and do hereby accept service of the same on its behalf.

                                              DARWIN PARTNERS, INC.

                                              By its attorney,

                                              _/s/ Ellen M. Majdloch_
                                              Ellen M. Majdloch
                                              BBO No. 557213
                                              Nixon Peabody LLP
                                              101 Federal Street
                                              Boston, MA 02110
                                              (617) 345-1000