UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MOSYSTEMS, INC., and ) <br> DANIEL MOSER, ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DARWIN PARTNERS, INC., ) <br> Defendant. ) | CIVIL ACTION NO. <br> 04CV10312PBS |

### DARWIN PARTNERS INC.'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Darwin Partners, Inc. ("Darwin") hereby moves to dismiss all counts of the Complaint of Mosystems, Inc. ("Mosystems") and Moser ("Moser") (collectively "Plaintiffs) for failure to state a claim upon which relief may be granted. In the event that the Court chooses to take notice of matters outside the pleadings in dismissing the Complaint, Darwin requests that the Court treat this motion as one for summary judgment under Rule 56 of the Federal Rules of Civil Procedure. In support of this motion, Darwin relies on the accompanying memorandum of law and additionally, if the Court converts the Motion to one for summary judgment, the Affidavit of David Fortier.

Darwin further states:

1. The Plaintiffs have brought a two count complaint for breach of contract.

2. Under Count I, Mosystems alleges that it entered into an independent contractor agreement with Darwin whereby Mosystems would perform services for a client of Darwin's, BP America, for a specified term; that Darwin canceled the contract; and that it is entitled to damages for the term of the contract.

BOS1375478.1

3. Under Count II, Moser alleges that he resigned his employment in reliance on the contract with between Darwin and Mosystems, and that he is entitled to reliance damages thereby.

4. As set forth in the contract between Mosystems and Darwin, the contract between Mosystems and Darwin did not guarantee the engagement of Mosystems for a specified term. On the contrary, the contract provided that Darwin had a right to terminate the contract if the client notified Darwin that it no longer desired the services of Mosystems for any reason.

5. The contract further provides that Mosystems was not entitled to any payment from Darwin unless Darwin received payment from the client.

6. Darwin exercised its right to terminate the contract upon receiving notice from BP America that it was not engaging Darwin for the work anticipated by the contract and did not desire the services of Mosystems. Darwin received no payments from BP America for any services.

7. Neither Mosytems nor Moser can establish breach of contract or entitlement to damages, including reliance damages.

WHEREFORE, Darwin respectfully requests that the Complaint be dismissed with prejudice as to all counts.

DARWIN PARTNERS, INC.

By its attorneys,

David S. Rosenthal (BBO # 429260)
Ellen M. Majdloch (BBO #637218)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

April 26, 2004

BOS1375478.1

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 4-26-04