UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MOSYSTEMS, INC., and ) <br> DANIEL MOSER, ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DARWIN PARTNERS, INC., ) <br> Defendant. ) | CIVIL ACTION NO. <br> 04CV10312PBS |

### AFFIDAVIT OF DAVID FORTIER IN SUPPORT OF DARWIN PARTNERS, INC.'S MOTION TO DISMISS

David Fortier on oath, deposes and says:

1. I am an employee of Darwin Partners, Inc. ("Darwin"). This affidavit is submitted by me in support of Darwin's Motion to Dismiss the Complaint of Mosystems, Inc. ("Mosystems") and Daniel Moser ("Moser").

2. During relevant the time period of December 2001 through February 2002, I had supervisory authority over Mark Keefe. Mr. Keefe was the account manager who handled BP America. Mr. Keefe supervised and worked with Mr. Nichols, the recruiter who principally dealt with Mosystems and Mr. Moser. I am familiar with the circumstances surrounding the engagement and termination of Mosystems and have personal knowledge of the relevant facts.

4. In late December 2001, BP America notified Darwin that it was looking for an independent contractor to work as an Interface Developer. This led to the selection of Mosystems. Darwin and Mosystems signed an Independent Contractor Agreement on January 9, 2002 and a Purchase Order on January 14, 2002. Mosytems was originally scheduled to begin work on the BP America job on January 28, 2002.

5. In the weeks that followed the execution of the Purchase Order, the start date of the BP America job was delayed. It is my understanding that BP America delayed the start date because of uncertainty that developed concerning the scope of the project. BP America informed Darwin that it was unsure of the size of the project, that the project might require hiring additional contractors, and that it was necessary to delay the start date while these issues were sorted out. Mosystems and Moser were timely informed of the changes to the start date.

6. On or about February 13, 2002, BP America informed Darwin that the project was in trouble, that the project was being scaled back not expanded, and that it needed to cut costs. BP America informed Darwin that it needed to hold off on bringing on the contractor, and that it was trying to identify someone internally to perform the job that Mosystems was to fill. Darwin immediately informed Moser and Mosystems that the start date was pushed off, and that the job was unlikely to start at all based on the information Darwin had received from BP America.

7. Shortly thereafter, Darwin learned from BP America that it had found someone internally and did not need the contractor. Darwin immediately informed Moser and Mosystems that it was terminating the contract because it had received notification from BP America that it no longer needed Mosystems's services.

8. Darwin did not receive notification from BP America at any later date that it needed an interface developer for this project. Indeed, Darwin did not receive notification from BP America at any future time that it needed a contractor for any project.

9. Darwin received no payment of any sort from BP America for any of the work anticipated by the Purchase Order or as a result of cancellation of the job order.

- 3 -

Signed under pains and penalties of perjury this the 23rd day of April, 2004.

_____
David Fortier