UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOSYSTEMS, INC., and<br>DANIEL MOSER,<br>    Plaintiffs,<br><br>v.<br><br>DARWIN PARTNERS, INC.,<br>    Defendant. | CIVIL ACTION NO.<br>04CV10312PBS |

### Local Rule 7.1(A)(2) Certification of Counsel

I, Ellen M. Majdloch, counsel for Defendant Darwin Partner, Inc. hereby certify that, on April 26, 2004, I conferred in good faith with counsel for the Plaintiffs concerning Defendant's Motion to Dismiss the Complaint. Plaintiffs' counsel has informed me that Plaintiffs will not assent to the Defendant's Motion.

                                                                                   Ellen M. Majdloch

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 4-26-04

BOS1375799.1