UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MOSYSTEMS, INC., and ) <br> DANIEL MOSER, ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DARWIN PARTNERS, INC., ) <br> Defendant. ) | CIVIL ACTION NO. <br> 04CV10312PBS |

CORPORATE DISCLOSURE STATEMENT

Pursuant to LR, D. Mass 7.3, Darwin Partners, Inc. ("Darwin") submits this corporate disclosure statement. Darwin is a privately held company and has no parent corporation.

DARWIN PARTNERS, INC.

By its attorneys,

David S. Rosenthal (BBO # 429260)
Ellen M. Majdloch (BBO #637218)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

April 26, 2004

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 4-26-04

BOS1375800.1