UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOSYSTEMS, INC., and ) | |
| DANIEL MOSER, ) | |
|     Plaintiffs ) | |
| ) | CIVIL ACTION NO. |
| V. ) | 04-CV-10312-PBS |
| ) | |
| DARWIN PARTNERS, INC., and ) | |
|     Defendant ) | |

**ASSENTED TO MOTION TO ENLARGE THE TIME WITHIN WHICH
THE PLAINTIFFS, MOSYSTEMS, INC., AND DANIEL MOSER, MUST
FILE THEIR OPPOSITION TO THE DEFENDANT,
DARWIN PARTNERS, INC.'S, MOTION TO DISMISS**

Now come the Plaintiffs, Mosystems, Inc., and Daniel Moser, and respectfully move this Honorable Court pursuant to Fed. R. Civ. P. 6(b) to extend the time within which the Plaintiffs must file their Opposition to the Defendant, Darwin Partners, Inc., Motion to Dismiss, up to and including June 14, 2004.

As reasons therefore, the Plaintiffs state that an enlargement of time is necessary to enable the parties to exchange and review documents pertinent to the allegations of the Complaint and the issues raised by the Defendant in its Motion to Dismiss. The parties have agreed to exchange pertinent documents on or before May 14, 2004. The Plaintiffs further state that this Motion has been duly assented to by counsel for the Defendant.

WHEREFORE, the Plaintiffs request that the time within which the Plaintiffs must file their Opposition to the Defendant's Motion to Dismiss be extended to and including Monday, June 14, 2004.

        Respectfully Submitted:

        MOSYSTEMS, INC.
        DANIEL MOSER

        By their attorney:

        _____
        John T. Landry, III
        Glynn, Landry, Harrington and Rice
        10 Forbes Road
        Braintree, MA 02184
        (781) 356-1399
        BBO No. 544388

Assented To:

DARWIN PARTNERS, INC.

By its attorney,

_____
Ellen M. Majdloch
BBO No. 637218
Nixon Peabody LLP
101 Federal Street
Boston, MA 02110
(617) 345-1000

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail or.

5-10-04

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOSYSTEMS, INC., and <br> DANIEL MOSER, <br>     Plaintiffs <br><br> V. <br><br> DARWIN PARTNERS, INC., and <br>     Defendant | ) <br> ) <br> ) <br> )   CIVIL ACTION NO. <br> )   04-CV-10312-PBS <br> ) <br> ) <br> ) |

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I, John T. Landry, III, hereby certify that I have conferred with counsel for the Defendant in accordance with Local Rule 7.1(A)(2), on May 10, 2004 regarding the issues raised in the Motion to Enlarge the Time within which the Plaintiffs, Mosystems, Inc., and Daniel Moser, Must File Their Opposition to the Defendant, Darwin Partner's Motion to Dismiss, and have obtained the assent of the Defendant to the allowance of this Motion.

Respectfully Submitted:

_____
John T. Landry, III
Counsel for the Plaintiff

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail or.

5-10-04