UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 14  P 2: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MOSYSTEMS, INC., and <br> DANIEL MOSER, <br>     Plaintiffs <br><br> V. <br><br> DARWIN PARTNERS, INC., and <br>     Defendant | ) <br> ) <br> ) <br> ) <br> )  CIVIL ACTION NO. <br> )  04-CV-10312-PBS <br> ) <br> ) <br> ) |

**PLAINTIFFS, MOSYSTEMS, INC. AND DANIEL MOSER'S OPPOSITION TO THE DEFENDANT, DARWIN PARTNERS INC.'S MOTION TO DISMISS**

Now come the Plaintiffs, Mosystems, Inc. (hereinafter "Mosystems") and Daniel Moser (hereinafter "Moser") and, pursuant to Fed. R. Civ. P. 12(b)(6), herein oppose the Defendant, Darwin Partners, Inc.'s (hereinafter "Darwin") Motion to Dismiss.

As more fully set forth in the accompanying Memorandum of Law, Mosystems and Moser have stated legally cognizable claims against Darwin for breach of contract in this matter, and Darwin, therefore, is not entitled to a judgment of dismissal in this matter. Likewise, if this Court should treat this Motion as a Motion for Summary Judgment under Mass. R. Civ. P. 56, Mosystems and Moser state that genuine issues of material facts exist as to all claims, and Darwin, therefore, is not entitled to summary judgment in this matter. Mosystems and Moser would also request that this Court defer treating this Motion as a Motion for Summary Judgment, as this action has only just been filed, the initial Rule 16.1 Scheduling Conference has not yet been held, and that discovery is likely to yield further information to support their Opposition to this Motion.

2

Mosystems and Moser file herewith their supporting Memorandum of Law, together with the Affidavit of Daniel Moser, and the Affidavit of John T. Landry, III, filed pursuant to Fed. R. Civ. P. 56(f), each of which is repeated and incorporated herein by reference.

Respectfully Submitted:

MOSYSTEMS, INC.
DANIEL MOSER

By their attorney:

_____
John T. Landry, III
Glynn, Landry, Harrington and Rice
10 Forbes Road
Braintree, MA 02184
(781) 356-1399
BBO No. 544388

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of th[e] above document was served upon th[e] attorney of record for each party by mail on
_6-14-2004_
_____