UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

MOSYSTEMS, INC., and )
DANIEL MOSER, )
    Plaintiffs )
)    CIVIL ACTION NO.
V. )    04-CV-10312-PBS
)
DARWIN PARTNERS, INC., )
    Defendant )

**AFFIDAVIT OF DANIEL MOSER**

Now comes Daniel Moser and, first being duly sworn, does hereby depose and days as follows:

1. My name is Daniel Moser, and I am a Plaintiff in the above-entitled action, and have personal knowledge of the facts hereinafter set forth.

2. I am the President and sole stockholder of Mosystems, Inc. (hereinafter "Mosystems").

3. I am the only individual who communicated with Darwin Partners, Inc. (hereinafter "Darwin"), on behalf of Mosystems relative to the dispute that forms the basis of this lawsuit. My communications in this regard were primarily with Jonathan Nichols and Mark Keefe, employees of Darwin.

4. I have never received any written cancellation from Darwin relative to the cancellation of the contract between Mosystems and Darwin.

5. On or shortly prior to February 19, 2002, I spoke with Jonathan Nichols by telephone, and was told that BP America was canceling its contract with Darwin, and that Darwin was going to have to cancel its contract with Mosystems. I was

also told during this conversation that Darwin was going to try and get me another position at BP America.

6. On February 19, 2002, I sent an e-mail to Jonathan Nichols and Mark Keefe and requested that Darwin provide me with compensation for the financial hardships caused by the repeated delays in the start of the BP America project.

7. Thereafter, again on February 19, 2002, I received an e-mail from Jonathan Nichols, who represented that BP America and Darwin were trying to identify anything at all for me to do on the project, and would let me know when or if anything changed with BP America. I was also informed that Darwin would not extend any compensation to me, and was taking the position that the contract between Mosystems and Darwin was terminable at will.

8. Based on the written and oral representations made to be by Jonathan Nichols that Darwin and BP America were still considering what service I could provide to them, I did not believe that the contract between Mosystems and Darwin was terminated.

9. To the best of my memory, I had no further communications, written or oral, with Jonathan Nichols or Mark Keefe, or any other representative of Darwin, after February 19, 2002.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS __11<sup>K</sup>__ DAY OF JUNE, 2004.

_____
Daniel Moser