UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 JUN 14  P 2:55

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MOSYSTEMS, INC., and <br> DANIEL MOSER, <br>     Plaintiffs <br> <br> V. <br> <br> DARWIN PARTNERS, INC., <br>     Defendant | ) <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> ) 04-CV-10312-PBS <br> ) <br> ) <br> ) |

### AFFIDAVIT OF JOHN T. LANDRY, III

Now comes John T. Landry, III and, first being duly sworn, does hereby depose and days as follows:

1. My name is John T. Landry, III, and I am an attorney admitted to practice before this Honorable Court. I represent the Plaintiffs in the above-entitled action, and have personal knowledge of the facts hereinafter set forth.

2. I submit this Affidavit pursuant to Fed. R. Civ. P. 56(f).

3. In its Motion to Dismiss, the Defendant, Darwin Partners, Inc., has filed the Affidavit of David Fortier, and has asked this Court to consider matters outside of the pleadings and, if necessary, to treat said Motion as a Motion for Summary Judgment.

4. On behalf of my clients, I would respectfully request this Honorable Court to defer treating the Motion to Dismiss as a Motion for Summary Judgment, or, alternatively, to postpone ruling on this Motion, until such time as the Plaintiffs are afforded the opportunity to conduct discovery in this matter.

5. As the Court docket will reflect, the initial Rule 16.1 Scheduling Conference has not yet been scheduled, and no discovery has been conducted in this matter. The

parties have exchanged limited documentation, but there is a need for record production from the Defendants concerning their communications with their client, BP America. In addition, the Plaintiffs anticipate the need for conducting the depositions of Jonathan Nichols and Mark Keefe, the two employees of Darwin with whom the Plaintiffs' dealt. Of note, Darwin has submitted the Affidavit of one David Fortier, a supervisory employee of Darwin, who, upon information and belief, had no communications with the Plaintiffs, and who has no first hand knowledge of the statements made by Jonathan Nichols and Mark Keefe to Daniel Moser.

6. Upon information and belief, both Jonathan Nichols and Mark Keefe no longer work for Darwin, and Darwin has yet to disclose their addresses and telephone numbers so the Plaintiffs have been unable to secure depositions or affidavits from either individual.

7. Based on the foregoing, I would respectfully request that this Court decline to treat the Motion to Dismiss as a Motion for Summary Judgment and to afford the Plaintiffs sufficient time to complete the requested discovery.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 14th DAY OF JUNE, 2004.

_____
John T. Landry, III

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on

6-14-2004