UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 14 P 2: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MOSYSTEMS, INC., and<br>DANIEL MOSER,<br>   Plaintiffs<br><br>V.<br><br>DARWIN PARTNERS, INC., and<br>   Defendant | )<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  04-CV-10312-PBS<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, Mosystems, Inc. ("Mosystems"), submits this corporate disclosure statement. Mosystems is a privately held company and has no parent corporation.

Respectfully Submitted:

MOSYSTEMS, INC.

By its attorney:

_[signature]_
John T. Landry, III
Glynn, Landry, Harrington and Rice
10 Forbes Road
Braintree, MA 02184
(781) 356-1399
BBO No. 544388

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on

6-14-2004
_[signature]_