UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Mosystems, Inc., et al
        Plaintiffs,                    CIVIL ACTION
                                                NO.   04-10312-PBS

    v.

Darwin Partners, Inc.
        Defendant.

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                  June 18, 2004

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Dismiss on **August 12, 2004**, at **2:00 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                                   By the Court,

                                                                                   /s/ Robert C. Alba
                                                                                  Deputy Clerk

Copies to:  All Counsel