UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOSYSTEMS, INC., and ) <br> DANIEL MOSER, ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DARWIN PARTNERS, INC., ) <br> Defendant. ) | CIVIL ACTION NO. <br> 04CV10312PBS |

### JOINT MOTION FOR LEAVE TO RESCHEDULE HEARING DATE

Plaintiff Daniel Moser and Mosystems, Inc. ("Plaintiffs") and Defendant Darwin Partners, Inc. ("Defendant") (collectively the "Parties") hereby move for leave to reschedule from August 12, 2004 until a later date the hearing on Defendant's Motion to Dismiss and the Rule 16 Conference. As grounds for such relief, the Parties hereby state as follows:

1.  Defendant's lead counsel has a prior out-of-state commitment on August 12, 2004. Lead counsel is required to attend the Rule 16 Conference. Furthermore, good faith efforts to obtain alternative coverage have been unsuccessful. Plaintiffs' counsel does not object to rescheduling the date.

2.  The Parties timely contacted the Court in an effort to obtain a mutually convenient alternative date as soon as the scheduling conflict became unavoidable.

3.  Counsel for both Parties have worked cooperatively to accommodate their respective trial and vacation schedules. Subject to the Court's convenience, the Parties propose the following alternative days:

    - August 25 (all day), 26 (p.m. only)

BOS1403627.1

- September 7, 9, 17.[1]
- October 13, 14, 15, 18-22.

Wherefore, the Parties respectfully request that this Court reschedule all matters in the above-captioned action from August 12, 2004 to one of the dates set forth in numbered paragraph 3 above, or such other later date as shall be convenient to the Court.

| DARWIN PARTNERS, INC. | MOSYSTEMS, INC., and DANIEL MOSER, |
|---|---|
| By its attorneys, | By their attorneys, |
| /s/ Ellen M. Majdloch | /s/ John T. Landry, III |
| Ellen M. Majdloch (BBO #637218) | John T. Landry, III |
| Nixon Peabody LLP | Glynn, Landry, Harrington & Rice, LLP |
| 100 Summer Street | Ten Forbes Road, Suite 270 |
| Boston, MA 02110 | Braintree, MA 02184-2605 |
| (617) 345-1000 | (781) 356-1399 |

Dated: July 27, 2004

---

[1] Counsel for each of the Parties has a trial in the 2nd, 3rd and/or 4th week of September 2004.

BOS1403627.1