UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOSYSTEMS, INC., and <br> DANIEL MOSER, <br> Plaintiffs <br><br> V. <br><br> DARWIN PARTNERS, INC., <br> Defendant | ) <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> ) 04-CV-10312-PBS <br> ) <br> ) <br> ) |

**PROPOSED JOINT PRE-TRIAL SCHEDULING ORDER**

Now come the Plaintiffs, Mosystems, Inc. and Daniel Moser, and the Defendant, Darwin Partners, Inc., and, in accordance with the Scheduling Conference Order of this Court, hereby jointly submit the following Proposed Joint Pre-Trial Schedule:

1. The parties will make the Disclosures required by Fed. R. Civ. P. 26(a)(1) on or before October 15, 2004.

2. The parties will complete written discovery by February 15, 2005.

3. The parties will complete all depositions of fact witnesses, including Rule 30(b)(6) witnesses, on or before April 1, 2005.

4. The Plaintiff will provide disclosure of experts in accordance with Fed. R. Civ. P. 26(a)(2) by May 2, 2005. The Defendants will provide disclosure of such experts in accordance with Fed. R. Civ. P. 26(a)(2) by June 1, 2005. Rebuttal experts, if any, will be disclosed in accordance with Fed. R. Civ. P. 26(a)(2) by June 15, 2005.

5. Dispositive motions shall be filed by July 1, 2005. Oppositions to dispositive motions will be due four (4) weeks after the Motion is filed.

2

6. The parties propose that the trial be scheduled for trial during the month of October 2005.

| MOSYSTEMS, INC.<br>DANIEL MOSER | DARWIN PARTNERS, INC. |
|---|---|
| By their attorney: | By its attorney: |
| *[signature]* | *[signature]* |
| John T. Landry, III (BBO No. 544388)<br>Glynn, Landry, Harrington & Rice, LLP<br>10 Forbes Road<br>Braintree, MA 02184-2605<br>(781) 356-1399 | David Rosenthal (BBO No. 429260)<br>Ellen M. Majdloch (BBO No. 637218)<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110<br>(617) 345-1000 |