UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOSYSTEMS, INC., and <br> DANIEL MOSER, <br>    Plaintiffs <br><br> V. <br><br> DARWIN PARTNERS, INC., <br>    Defendant | CIVIL ACTION NO. <br> 04-CV-10312-PBS |

**AGENDA OF MATTERS TO BE DISCUSSED AT SCHEDULING CONFERENCE**

Counsel for the Plaintiffs, Mosystems, Inc. and Daniel Moser, and the Defendant, Darwin Partners, Inc., hereby submit the following agenda of matters to be discussed at the Scheduling Conference:

1. The parties' proposed Joint Scheduling Order.

2. The Defendant's Motion to Dismiss, and the Plaintiffs' Opposition thereto.

| | |
|---|---|
| MOSYSTEMS, INC. <br> DANIEL MOSER | DARWIN PARTNERS, INC. |
| By their attorney: | By its attorney: |
| *[signature]* | *[signature]* |
| John T. Landry, III (BBO No. 544388) <br> Glynn, Landry, Harrington & Rice, LLP <br> 10 Forbes Road <br> Braintree, MA 02184-2605 <br> (781) 356-1399 | David Rosenthal (BBO No. 429260) <br> Ellen M. Majdloch (BBO No. 637218) <br> Nixon Peabody LLP <br> 100 Summer Street <br> Boston, MA 02110 <br> (617) 345-1000 |