UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOSYSTEMS, INC., and <br> DANIEL MOSER, <br> Plaintiffs <br><br> V. <br><br> DARWIN PARTNERS, INC., <br> Defendant | ) <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> ) 04-CV-10312-PBS <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATION THAT COUNSEL HAVE CONFERRED UNDER LOCAL RULE 16.1(B)

Counsel for the Plaintiffs, Mosystems, Inc. and Daniel Moser, and the Defendant, Darwin Partners, Inc., hereby certify that they have conferred for the purpose of:

(1) Preparing an Agenda of matters to be discussed at the Scheduling Conference;

(2) Preparing a Proposed Joint Pre-Trial Schedule for the case that includes a plan of discovery, a copy of which is enclosed; and

(3) Considering whether they would consent to having this case heard before a Magistrate Judge. The parties do not consent thereto.

MOSYSTEMS, INC.
DANIEL MOSER

By their attorney:

_____
John T. Landry, III (BBO No. 544388)
Glynn, Landry, Harrington & Rice, LLP
10 Forbes Road
Braintree, MA 02184-2605
(781) 356-1399

DARWIN PARTNERS, INC.

By its attorney:

_____
David Rosenthal (BBO No. 429260)
Ellen M. Majdloch (BBO No. 637218)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000