UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOSYSTEMS, INC., and <br> DANIEL MOSER, <br> Plaintiffs <br><br> V. <br><br> DARWIN PARTNERS, INC., <br> Defendant | ) <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> ) 04-CV-10312-PBS <br> ) <br> ) <br> ) |

## CERTIFICATION OF PLAINTIFF UNDER LOCAL RULE 16.1(D)

We, the undersigned, Daniel Moser, Individually and as President of Mosystems, Inc., and Attorney John T. Landry, III, hereby certify in accordance with Local Rule 16.1(D) that we have conferred for the purpose of establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and to consider the resolution of this litigation through the use of alternative dispute resolution programs, including those outlined in Local Rule 16.4.

_____
Daniel Moser, Individually and as
President of Mosystems, Inc.
Plaintiffs

_____
John T. Landry, III
Glynn, Landry, Harrington & Rice, LLP
10 Forbes Road
Braintree, MA  02184-2605
(781) 356-1399
BBO No. 544388