UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOSYSTEMS, INC., and <br> DANIEL MOSER, <br>    Plaintiffs <br><br> V. <br><br> DARWIN PARTNERS, INC., <br>    Defendant | CIVIL ACTION NO. <br> 04-CV-10312-PBS |

## AFFIDAVIT OF ELLEN M. MAJDLOCH, ESQ.

Ellen M. Majdloch, on oath, deposes and says:

1. I am an attorney with the law firm of Nixon Peabody LLP, 100 Summer Street, Boston, Massachusetts. I am one of the attorneys representing the Defendant Darwin Partners, Inc. ("Darwin") in the above-captioned action. This Affidavit is submitted in support of Darwin's Motion to Dismiss.

2. In response to Darwin's Motion to Dismiss, Plaintiff Daniel Moser filed an Affidavit where he references in paragraph 6 an e-mail he sent to Jonathan Nichols and Mark Keefe of Darwin on February 19, 2002.

3. Attached hereto as Exhibit 1 is a true and accurate copy of an e-mail I received from counsel for the Plaintiffs. Exhibit 1 is the e-mail identified in paragraph 6 of the Moser Affidavit.dated February 19, 2002 from Mr. Moser to Darwin.

Signed under pains and penalties of perjury, this the 17th day of September, 2004.

_____
Ellen M. Majdloch

**EXHIBIT 1**

Subj: FW: RE: BP Situation
Date: 5/4/2004 10:57:53 AM Eastern Daylight Time
From: "Dan Moser" <danielpmoser@hotmail.com>
To: GLYNLANDRY@aol.com
Sent from the Internet (Details)

From: Jonathan Nichols <JNichols@darwinpartners.com>
To: 'Dan Moser' <danielpmoser@hotmail.com>
CC: Mark Keefe <mkeefe@darwinpartners.com>
Subject: RE: BP Situation
Date: Tue, 19 Feb 2002 14:46:01 -0500

Dan,
    The situation with BP America is certainly unfortunate and I wish there was more I could do to control the situation. At present, we are having our contacts at BP America try to identify anything at all for you to do. I have also gotten your resume in front of as many people internally as I can and am also pursuing any leads. Darwin Partners cannot pay for any termination compensation, just like in the event if you worked 1 day and were let go for whatever reason. I absolutely wish that I could change this situation, but it's the nature of consulting and at will employment. I wish I had more answers, but I don't. At present, nothing has changed with BP's decision, but Mark and I will let you know when/if anything does change.

Sincerely,
Jon Nichols

-----Original Message-----
From: Dan Moser [mailto:danielpmoser@hotmail.com]
Sent: Tuesday, February 19, 2002 1:10 PM
To: JNichols@darwinpartners.com; mkeefe@darwinpartners.com
Subject: BP Situation

Mark and Jon,

I want to first start off by saying that I appreciate your concern and your efforts in this situation. I do not, by any means, hold you personally responsible for what has happened and you have worked hard and been forthright throughout.

As it stands, I left a full time position and have not worked for any time during the month of February. I am pursuing any leads possible but it has been to no avail. The end of the month approaches and with it comes bills that have to be paid. If I do not have employment shortly thereafter, it will spell great hardship.

I feel that Darwin Partners is at least partially responsible for this predicament. With the promise of a new position and the official signing of a contract, a deal was struck. As BP cancelled the contract, Darwin had to cancel its contract with me. I have been extremely disappointed as I sincerely would have thought that a large company with the reputation of Darwin Partners would have assessed the situation and come forward with some

sort of termination compensation for the signed contract.

Such compensation would at least allow me the ability to pay bills etc. while affording some time to find gainful employment in a very tough market and not being forced to take the first position that arises.

Again, I do not hold you gentlemen personally responsible, but I am extremely disappointed with Darwin's response to the situation.

Sincerely,
Dan Moser

---

Send and receive Hotmail on your mobile device: http://mobile.msn.com

---

http://join.msn.com/?pgmarket=en-ca&page=byoa/prem&xAPID=1994&DI=1034&SU=http://hotmail.com/enca&HL=Market_MSNIS_Taql