UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MOSYSTEMS, INC., ET AL
Plaintiff,

        V.                                      Civil Action Number
                                                      04-10312-PBS

DARWIN PARTNERS, INC.
Defendant.                                                  September 17, 2004

## SCHEDULING ORDER

Saris, D.J.,

Plaintiff to amend complaint with 30 days.

Fact Discovery deadline: 12/15/04

Summary Judgment Motion filing deadline: 1/15/05

Opposition to Summary Judgment Motions: 1/30/05

Hearing on Summary Judgment or Pretrial Conference: 2/15/05 at 2:00 p.m.

Case to be referred to Mediation program: December, 2004

                                                                   By the Court,

                                                                   /s/ Robert C. Alba
                                                                   Deputy Clerk