UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOSYSTEMS, INC., and ) | |
| DANIEL MOSER, ) | |
|     Plaintiffs ) | |
| ) | CIVIL ACTION NO. |
| V. ) | 04-CV-10312-PBS |
| ) | |
| DARWIN PARTNERS, INC., and ) | |
|     Defendant ) | |

## NOTICE OF FILING OF FIRST AMENDED COMPLAINT

Now come the Plaintiffs, Mosystems, Inc. and Daniel Moser, and, in accordance with the Order of this Court at the time of the Scheduling Conference and the hearing on the Defendant's Motion to Dismiss, and pursuant to Fed.R.Civ.P. 15(a), hereby give notice of the filing of their First Amended Complaint in this matter.

Respectfully submitted:

MOSYSTEMS, INC.
DANIEL MOSER

By their attorney:

_____
John T. Landry, III
Glynn, Landry, Harrington and Rice, LLP
BBO NO. 544388
10 Forbes Road
Braintree, MA 02184-2605
(781) 356-1399

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on
10-15-04