

# Purchase Order                                                                                            Exhibit A

In accordance with the Contractor Agreement signed between the undersigned parties on *January 9, 2002*, it is agreed as follows:

1. Contractor, **Mosystems Inc.**, with Federal I.D. Number 1290814, and office address at **68 Worsley Road, Stoney Creek, Ontario, Canada L8E2G3**, is contracted to perform work for ("Client") **BP America**, beginning 1/28/02 and terminating on the "end date" of 8/2/02 ("minimum time requirement") at a rate of **$61.00** per hour ("Contractor's rate") and not to exceed (NTE) the lump sum and hours listed below, to accomplish the following end result for the Client on the following project: Contractor will be working as a **Interface Developer**.

    MAXIMUM FUNDS ALLOCATED UNDER THIS PURCHASE ORDER AS LUMP SUM FOR COMPLETION OF SERVICES ON PROJECT:

    NTE $63,440 (1,040 HOURS)

2. Upon the mutual agreement of both parties, unless otherwise notified, if the work has not been completed by the end date, this Purchase Order shall be deemed to have been extended on a month-to-month basis, the end of each subsequent month being the new end date and with a new pro-rated NTE lump sum. Any and each subsequent extension shall be on the same terms and conditions stated herein and in the above-referenced Contractor Agreement. The end date shall be so extended until the first to occur of the following: a) completion of the work; b) termination by Client; c) termination of the Purchase Order and/or the subject Contractor Agreement. The purpose of this paragraph is not to extend the end date indefinitely and create a continuous relationship, but is instead to cover situations where the original estimates for project completion require adjustment.

3. At the end of each weekly period, for billing and payment purposes, Contractor shall submit a time record signed by an authorized Client official verifying the number of hours of consulting services provided by Contractor to the Client. At the same time, Contractor will submit an invoice to Darwin for Contractor's services to the Client for those hours verified by the Client on time records. No payments will be made to Contractor without such invoices.

4. Contractor and the Client will discuss the hours and location where the work is to be performed and Darwin shall not be involved.

5. Contractor agrees to complete the project and produce the end result required by the Client.

6. The terms of Contractor's contract and Purchase Order are confidential between Darwin and Contractor and no terms contained therein shall be disclosed to any other person, firm or entity, nor to Client.

7. The following personnel of Contractor who will work on this project have been informed and understand their obligations under this Purchase Order and the Contractor Agreement:

    Name: **Daniel Moser**

8. Contractor recognizes that Contractor and its personnel are not employee agents or other of Darwin or Client for any purpose. Contractor and its personnel have no authority to act for or on behalf of Darwin or to bind Darwin to any obligations. Contractor and its personnel are not entitled to benefits of any sort from either Darwin or Client. Contractor shall be solely responsible for payment of all taxes related to wages.

9. This Purchase Order shall form a part of the subject Contractor Agreement.



10. The undersigned has/have read, understand(s), and agree(s) to the terms and conditions herein.
Witness our hands and seals this _14th_ day of *January*, 2002.

| DARWIN PARTNERS, INC. | | Mosystems Inc. | |
|---|---|---|---|
| DARWIN: | _[signature]_ | Contractor: | _[signature]_ |
| | Christopher Hofland | | PRESIDENT |
| Title: | Corporate Counsel | Position/Title: | _Senior Manager [illegible]_ |