

# Employee Consent                                            Exhibit X

In accordance with the Contractor Agreement signed between Darwin and *Mosystems Inc.* ("Contractor"), and office address at *68 Worsley Road, Stoney Creek, Ontario, Canada L8E2G3* on *January 9, 2002*, under which Contractor has agreed to provide services to the third-party user ("Client") *BP America*, (Contractor Employee Name) *Daniel Moser*, with SS # 466 250 948, as an Employee of Contractor, agrees as follows:

1. **FEES FOR USE OF BROKER CLIENTS AND CONTRACTORS**

    During the term of this Agreement and any renewals and for a period of six (6) months thereafter, Contractor Employee shall not: a) directly or indirectly provide services in any capacity for any Client or end Client to whom Contractor has been introduced through Darwin, or b) retain or attempt to retain, directly or indirectly, for himself/herself or for another party, the services of another one of Darwin's Contractors or employees to which Contractor Employee has been introduced or has received information about through Darwin or through any Client for which Contractor Employee has performed services or to which Contractor Employee was introduced under the Agreement between Darwin and Contractor. This provision may be waived on a case-by-case basis in consideration of a Finder's Fee, and must be in writing and signed by an executive officer of Darwin prior to Contractor Employee taking the action for which waiver is sought. The parties agree that the Finder's Fee shall be equal to thirty percent (30%) of the gross total future contract value with the subject Client, for the engagement as Contractor, employee, or otherwise, including extensions. Payment of said fee will be made to Darwin upon demand.

2. **REPRESENTATIONS**

    Contractor Employee acknowledges that information provided by him/her (including, but not limited to, resumes, interviews and references), in consideration for providing services to or on behalf of the Client is true to the best of Contractor Employee's knowledge, that he/she is not restricted by employment or other agreement from providing services to Darwin's Client. Contractor Employee acknowledges and understands that any misstatements of his/her qualifications or availability may be grounds for immediate termination by a Client of any assignment, and constitutes a breach of this Agreement.

3. **CONFIDENTIALITY**

    In the course of Contractor Employee's performance hereunder, Contractor Employee may receive or be exposed to confidential and proprietary information relating to business practices, strategies, and technologies of Darwin and/or the Client (collectively referred to as "Information"). Such Information may or may not contain legends or other written notice that it is of a confidential and proprietary nature.

    a. Contractor Employee acknowledges the confidential and secret character of the Information, and agrees that the Information is the sole, exclusive and extremely valuable property of Darwin or Client. Accordingly, Contractor Employee agrees not to reproduce the Information without prior written consent of its owner, not to use it except in the performance of this Agreement, and not to divulge the Information to any third party during or after the term of this Agreement. Upon termination of this Agreement, Contractor Employee agrees to return to Darwin or Client all such information whether in Contractor Employee's possession or under Contractor Employee's direct or indirect control.

    b. Contractor Employee shall not disclose or otherwise make available to Darwin any confidential information received from third parties.

    c. Client may require Contractor Employee to sign additional Non-Disclosure and/or Trade Secret agreements or covenants, which Contractor Employee agrees to do promptly upon request.

    d. Contractor Employee understands and agrees that the provisions and requirements herein apply to and are binding on Contractor Employee and its agents, servants and employees.

4. **BENEFITS**

    Contractor has advised its personnel and Contractor Employee agrees that neither Contractor nor any of its personnel is an employee of Darwin or the Client or is entitled to any benefits provided or rights guaranteed by Darwin or the



Client, or by operation of law, to their respective employees, including but not limited to group insurance, liability insurance, disability insurance, paid vacations, sick leave or other leave, retirement plans, health plans, premium "overtime" pay, and the like, and Employee hereby waives any claim to the same to the full extent permitted by law. It is understood and agreed that since the Contractor Employee is an employee of Contractor, Darwin will make no deductions from fees paid to Contractor for any federal or state taxes or FICA relating to Contractor Employee, and Darwin and the Client have no obligation to provide Worker's Compensation coverage for Contractor Employee or to make any premium "overtime" payments. It is agreed that it is the Contractor's responsibility to provide Worker's Compensation and, if applicable, pay any premium "overtime rate", for its employees who work on the project covered by this Agreement and make required FICA, FUTA, income tax withholding or other payments related to such employees, (and to provide Darwin with suitable evidence of the same whenever requested). In the event of any claims brought or threatened by any party against Darwin or the Client relating to the status, acts or omissions of Contractor or Contractor Employee, Contractor Employee agrees to cooperate in all reasonable respects, including to support the assertions of employment status made in this Agreement.

5. **OWNERSHIP OF INTELLECTUAL PROPERTY, ETC.**

   a. All computer software programs, any inventions and ideas, tangible or intangible, arising out of the performance of this Agreement, whether developed by Contractor Employees or otherwise, (the "Work Product") shall belong to Darwin or Client. As to copyrights, Contractor Employee agrees that all deliverables shall be deemed specially commissioned and a "work made for hire" and that Darwin shall be deemed the author thereof for copyright purposes; provided, however, that if any deliverable is at any time determined to not be a work made for hire, this Agreement shall be deemed an irrevocable assignment of the copyright to the entire Work Product. Contractor Employee shall, at the request of Darwin, execute all documents as are required to vest such ownership in Darwin free of claim. Contractor Employee irrevocably appoints Darwin as Contractor Employee's attorney-in-fact to execute all such documents as are required by this paragraph. Contractor Employee shall treat all Work Product as confidential information. Darwin may assign its rights hereunder to the Darwin Client. Contractor Employee affirms that the fee it has negotiated for the services performed under this Agreement includes payment for assigning such rights to the Client.

   b. Contractor Employee shall not use or incorporate any works or materials of third parties in the preparation of any of its work product under this Agreement, unless identified in writing to Darwin. If such works incorporate any third-party materials, Contractor Employee must have sufficient authority to grant rights and licenses as required herein, or the third-party owner must have granted in documentation Darwin rights and licenses for such materials. All rights and licenses granted to Darwin hereunder shall be free and clear of any claim by any person or entity. Contractor Employee shall defend and indemnify Darwin and its Clients for any liability that may result by reason of any infringement, or claim of infringement, of any United States intellectual properties based on the Contractor Employee's breach of the preceding sentences or on the use or installation of any materials, equipment, programs or services furnished to Clients hereunder.

6. **INDEMNIFICATION**

   Contractor Employee shall indemnify and hold harmless Darwin and Client for any and all loss, costs and other liability incurred or threatened, including attorneys' fees, related to violations of the obligations set forth in this Agreement.

7. **LAW**

   This Agreement shall be governed by the laws of the Commonwealth of Massachusetts, except for its choice of law principles, regardless of where the work is performed. Contractor Employee agrees to the exercise of personal jurisdiction over him/her by the courts in such state to the full extent permitted by law.

8. As an employee of Contractor who will work on this project, I have been informed by Contractor and understand my obligations under both the Purchase Order and the Contractor Agreement.

   Name: _____    Date: _Jan 14/02_