UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOSYSTEMS, INC., and<br>DANIEL MOSER,<br>Plaintiffs,<br><br>v.<br><br>DARWIN PARTNERS, INC.,<br>Defendant. | CIVIL ACTION NO.<br>04CV10312PBS |

## ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

Darwin Partners, Inc. ("Darwin") hereby answers and responds to the numbered paragraphs of First Amended Complaint of Plaintiff Mosystems, Inc. ("Mosystems") and Daniel Moser ("Moser") as follows:

1. Darwin lacks sufficient information to admit or deny the allegations in Paragraph 1 and, therefore, denies same.

2. Darwin lacks sufficient information to admit or deny the allegations in Paragraph 2 and, therefore, denies same.

3. Darwin admits the allegations in paragraph 3.

4. The allegations in paragraph 4 contain legal conclusions to which no response is required. To the extent that paragraph 4 contains allegations that require a response, Darwin denies such allegations.

5. Darwin admits the allegations in paragraph 5.

6. Darwin denies the allegations in paragraph 6, except that it admits that it is in the business of placing temporary workers on a contract basis at customer sites.

BOS1435074.1

7. Darwin denies the allegations in paragraph 7, except that it admits that Darwin and Mosystems entered into a contract captioned "Independent Contractor Agreement" (the "ICA"), which document speaks for itself.

8. Darwin denies the allegations in paragraph 8, except that it admits that Darwin and Mosystems entered into a contract captioned "Purchase Order" (the "Purchase Order"), which document speaks for itself.

9. Darwin denies the allegations in paragraph 9.

10. Darwin denies the allegations in paragraph 10.

11. Darwin denies the allegations in paragraph 11. Further answering, the document referenced in paragraph 11 entitled "Employee Consent" ("Employee Consent") speaks for itself.

12. Darwin lacks sufficient information to admit or deny the allegations in Paragraph 12 and, therefore, denies same.

13. Darwin denies the allegations in paragraph 13.

14. Darwin denies the allegations in paragraph 14, except that Darwin admits that it communicated with the INS concerning Moser.

15. Darwin lacks sufficient information to admit or deny the allegations in Paragraph 15 and, therefore, denies same.

16. Darwin denies the allegations in paragraph 16, except that it admits that on or about January 17, 2002 Darwin communicated with Mosystems concerning a change in the start date of the BP America project.

17. Darwin denies the allegations in paragraph 17, except that it admits that on or about late January, 2002 Darwin communicated with Mosystems concerning a change in the start date of the BP America project.

18. Darwin denies the allegations in paragraph 18, except that it admits that on or about February 8, 2002 Darwin communicated with Mosystems concerning a change in the start date of the BP America project.

19. Darwin denies the allegations in paragraph 19, except that it admits that on or about February 13, 2004 Darwin communicated with Mosystems concerning the BP America project and informed it, *inter alia*, that the job was unlikely to start at all.

20. Darwin denies the allegations in paragraph 20, except that Darwin admits that Mosystems and Moser made a demand to Darwin.

21. Darwin denies the allegations in paragraph 21, except that it admits that on or about February 19, 2002, Darwin communicated with Mosystems concerning the cancellation of the BP America project.

22. Darwin lacks sufficient information to admit or deny the allegations in Paragraph 22 and therefore denies same.

23-25. Paragraphs 23 through 25, embodying Count I of the First Amended Complaint, are subject to a pending motion to dismiss and, as such, no responsive pleading is required at this time. Darwin reserves the right to file a responsive answer to paragraphs 23 through 25 at such time as is required by the Federal Rules of Civil Procedure and/or order of the Court.

26-30. Paragraphs 26 through 30, embodying Count II of the First Amended Complaint, are subject to a pending motion to dismiss and, as such, no responsive pleading is required at this time. Darwin reserves the right to file a responsive answer to paragraphs 26 through 30 at such time as is required by the Federal Rules of Civil Procedure and/or order of the Court.

31. Darwin repeats and realleges answers to paragraphs 1 through 30 of the First Amended Complaint as if fully set forth herein.

32. Darwin denies the allegations in paragraph 32.

33. Darwin denies the allegations in paragraph 33.

34. Darwin denies the allegations in paragraph 34.

35. Darwin denies the allegations in paragraph 35.

### FIRST AFFIRMATIVE DEFENSE

As a matter of fact and law, the First Amended Complaint fails to state a claim for promissory estoppel or detrimental reliance.

### SECOND AFFIRMATIVE DEFENSE

By reason of his own conduct, Moser is estopped from asserting any of the claims in this action or from recovering the damages he seeks in this action.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff Moser, through his actions, has waived and released any right to the relief sought in the Complaint.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff Moser's claims are barred in whole or in part because he has failed to mitigate any damages that he claims to have suffered.

DARWIN PARTNERS, INC.

By its attorneys,

David S. Rosenthal (BBO #429260)
Ellen M. Majdloch (BBO #637218)
Nixon Peabody LLP
101 Federal Street
Boston, MA 02110
Tel: (617) 345-1000

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 11-12-04.

November 12, 2004

BOS1435074.1                                    4