UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOSYSTEMS, INC., and<br>DANIEL MOSER,<br>    Plaintiffs,<br><br>v.<br><br>DARWIN PARTNERS, INC.,<br>    Defendant. | CIVIL ACTION NO.<br>04CV10312-PBS |

## JOINT MOTION FOR LEAVE TO REVISE SCHEDULING ORDER

Plaintiff Daniel Moser and Mosystems, Inc. ("Plaintiffs") and Defendant Darwin Partners, Inc. (Defendant") (collectively the "Parties") hereby jointly move the Court to vacate the Scheduling Order entered in this action on September 17, 2004 and to replace it with the Revised Scheduling Order which extends the deadlines for approximately one-hundred and twenty (120) days and which is attached hereto as Exhibit 1. As grounds for this Joint Motion, the parties state:

1. At the time the Court entered the Scheduling Order on September 17, 2004, the Court also entered an Order referring this case to Alternative Dispute Resolution for United States District Court Mediation.

2. The Parties were not contacted by the ADR Program until almost the close of discovery; the mediation conference on this matter has been scheduled for February 16, 2005 at 10:00 a.m. in the Worcester, Massachusetts Courthouse, significantly later than the Parties anticipated.

3. The parties have conferred and agreed that an extension of time for discovery and

dispositive motions until after the scheduled mediation conference will allow the parties additional time to discuss potential resolution without expending further resources on litigation.

4.  No memo in support of this Motion has been filed because of the short nature of this Motion.

Accordingly, the parties jointly move that this Court approve the joint Revised Scheduling Order as set forth in Exhibit 1 hereto, and that the Court schedule a pretrial conference at a convenient date following May 30, 2005.

| DARWIN PARTNERS, INC. | MOSYSTEMS, INC., and DANIEL MOSER |
|---|---|
| By its attorneys, | By their attorneys, |
| *[signature]* | *[signature]* |
| David S. Rosenthal (BBO #429260) | John T. Landry, III (BBO #544388) |
| Ellen M. Majdloch (BBO #637218) | Glynn, Landry, Harrington and Rice |
| Nixon Peabody LLP | 10 Forbes Road |
| 100 Summer Street | Braintree, MA 02184 |
| Boston, MA 02110 | Phone: 781-356-1399 |
| Phone: 617-345-1000 | |

Dated:    January 7, 2005

2

BOS1450846.1