## EXHIBIT 1

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CIVIL ACTION NO. 04-10312-PBS

### MOSYSTEMS, INC., and DANIEL MOSER

v.

### DARWIN PARTNERS, INC.

## [PROPOSED] REVISED SCHEDULING ORDER

**SARIS, D. J.**

Pursuant to the Joint Motion for Leave to Revise Scheduling Order submitted to the Court by all parties in the above-captioned action, the Scheduling Order of September 17, 2004 is vacated, and it is hereby Ordered as follows:

| | |
|---|---|
| **April 14, 2005** | Fact Discovery Deadline |
| **May 15, 2005** | Summary Judgment Motion filing deadline |
| **May 30, 2005** | Opposition to Summary Judgment Motion |
| **June __, 2005** | Hearing on Summary Judgment or Pretrial Conference(s) |

_____  
DATE

_____  
PATTI Statement B. SARIS  
UNITED STATES DISTRICT JUDGE

BOS1451063.1