

# NIXON PEABODY LLP

ATTORNEYS AT LAW
100 Summer Street
Boston, Massachusetts 02110-2131
(617) 345-1000
Fax: (617) 345-1300

Ellen M. Majdloch
Direct Dial: (617) 345-6143
E-Mail: emajdloch@nixonpeabody.com

January 26, 2005

Mr. Robert Alba
Courtroom Clerk for
The Honorable Patti B. Saris
United States District Court
One Courthouse Way
Boston, MA 02210

RE: **Mosystems, Inc. and Daniel Moser v. Darwin Partners, Inc.**
**USDC Civil Action No. 04CV10312PBS**

Dear Mr. Alba:

I am writing to draw the Court's attention to what appears to be a typographical error on the bottom of page 4 of the attached Memorandum and Order dated January 14, 2005. The sentence reads: "Plaintiff's argument that the contract is terminable at will contradicts an unambiguous provision of the contract." The sentence appears to be missing the word "**not**" before "terminable at will;" the Plaintiff argued that the contract was *not* terminable at will, and that is the clear import of the Court's discussion in this paragraph. Accordingly, the omission of the word "not" appears to be a typographical error. If the Court's could issue a corrected opinion and/or take other action as appropriate to address this issue, it would be most appreciated.

I would also like to remind the Court that no ruling has issued on the Joint Motion For Leave To Revise Scheduling Order with Exhibit 1, and [Proposed] Revised Scheduling Order, which the parties filed on January 7, 2005, and which proposes to extend the current deadlines until after the Mediation, which is set for February 16, 2005. As currently scheduled, there is a Summary Judgment/pre-trial conference scheduled for February 15, 2005, which the Parties have suggested be moved to a later date, following the Mediation.

NIXON PEABODY LLP

Mr. Robert Alba
January 26, 2005
Page 2

Thank you for your assistance.

Very truly yours,

*Ellen M. Majdloch*

Ellen M. Majdloch

Enclosure

cc:   John T. Landry, III, Esq. (w/o Encl.)

EMM/jms