**EXHIBIT 1**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10312-PBS

MOSYSTEMS, INC., and DANIEL MOSER

v.

DARWIN PARTNERS, INC.

**[PROPOSED] REVISED SCHEDULING ORDER**

SARIS, D. J.

Pursuant to the Joint Motion for Leave to Revise Scheduling Order submitted to the Court by all parties in the above-captioned action, the Scheduling Order of September 17, 2004 is vacated, and it is hereby Ordered as follows:

| | |
|---|---|
| **April 14, 2005** | Fact Discovery Deadline |
| **May 15, 2005** | Summary Judgment Motion filing deadline |
| **May 30, 2005** | Opposition to Summary Judgment Motion |
| **June 9, 2005** AT 2:00 PM | Hearing on Summary Judgment or Pretrial Conference(s) |

_2/9/05_
DATE

_Patti B. Saris_
PATTI ~~Statement~~ B. SARIS
UNITED STATES DISTRICT JUDGE

BOS1451063.1