UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MOSYSTEMS, INC. and DANIEL MOSER,
          Plaintiff(s)

V.

DARWIN PARTNERS, INC.
          Defendant(s)

CIVIL ACTION

NO. 04-10312-PBS

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE  SARIS

SWARTWOOD  C.M.J.

On  February 16, 2005   I held the following ADR proceeding:

    ____ EARLY NEUTRAL EVALUATION    X  MEDIATION
    ____ MINI-TRIAL        ____ SUMMARY JURY TRIAL
    ____ SETTLEMENT CONFERENCE

All parties were represented by counsel

The parties were present in person or by authorized corporate officer.

The case was:

[ ]    Settled. Your clerk should enter a _____ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[x]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

    February 17, 2005                              /s/Charles B. Swartwood, III
                  DATE                                            UNITED STATES MAGISTRATE
JUDGE

(adrrpt. - 01/96)                                                                             [adrrpt.]