UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Mosystems, Inc., et al
        Plaintiffs,                    CIVIL ACTION
                                            NO.   04-10312-PBS
    v.

Darwin Partners, Inc.
        Defendant.

## NOTICE OF RESCHEDULED MOTION HEARING

SARIS, U.S.D.J.                                                                  March 22, 2005

      The Summary Judgment Motion Hearing/Pretrial Conference previously scheduled for June 9, 2005, has been **rescheduled** to **June 10, 2005, at 2:00 p.m.**

                                                  By the Court,


                                                  _/s/ Robert C. Alba_
                                                  Deputy Clerk


Copies to:  All Counsel


resched.ntc