UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                            Civil Action
                                            No: 04-10312-PBS

MoSystems, Inc., et al,
Plaintiffs,

v.

Darwin Partners, Inc.,
Defendant.

## SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 30 days if settlement is not consummated.

                                            By the Court,

                                            /s/ Robert C. Alba
                                            Deputy Clerk

June 7, 2005

To: All Counsel