UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOSYSTEMS, INC., and <br> DANIEL MOSER, <br>    Plaintiffs <br><br> V. <br><br> DARWIN PARTNERS, INC., <br>    Defendant | ) <br> ) <br> ) <br> )    CIVIL ACTION NO. <br> )    04-CV-10312-PBS <br> ) <br> ) <br> ) |

### STIPULATION OF DISMISSAL

Now come the Plaintiffs, Mosystems, Inc. and Daniel Moser, and the Defendant, Darwin Partners, Inc., and hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that this action may be dismissed, with prejudice, and without costs and attorney's fees, as to all claims asserted between said parties.

The parties further waive all rights of appeal.

| MOSYSTEMS, INC. <br> DANIEL MOSER | DARWIN PARTNERS, INC. |
|---|---|
| By their attorney: | By its attorney: |
| _____ <br> John T. Landry, III (BBO No. 544388) <br> Glynn, Landry, Harrington & Rice, LLP <br> 10 Forbes Road <br> Braintree, MA 02184-2605 <br> (781) 356-1399 | _____ <br> Ellen M. Majdloch (BBO No. 637218) <br> Nixon Peabody LLP <br> 101 Federal Street <br> Boston, MA 02110 <br> (617) 345-1000 |

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on
7-8-05